## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **UNITED STATES f/u/b/o QUALITY IRON FABRICATORS, INC.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **UMI ERETZ, INC., and TRAVELERS CASUALTY AND SURETY COMPANY,** <br><br> **Defendants.** <br> _____ | **1:13-cv-00067** |

**TO:** Paul R. Neil, Esq.
Don L. Smith, Esq.
Joshua K. Chesser, Esq.
Alex M. Moskowitz, Esq.
Andrew C. Simpson, Esq.

## ORDER GRANTING SUBSTITUTION OF COUNSEL

THIS MATTER is before the Court upon Stipulation for Substitution of Counsel (ECF No. 107).

Having reviewed the said stipulation, it is now hereby **ORDERED**:

1. Stipulation for Substitution of Counsel (ECF No. 107) is **APPROVED AND GRANTED**.

2. Alex M. Moskowitz, Esq., Dudley Newman Feuerzeig, LLP, is hereby terminated as counsel for Defendant Travelers Casualty and Surety Company and relieved of all further duties in the above-captioned matter, and

*Quality Iron Fabricators, Inc. v. UMI Eretz, Inc.*
1:13-cv-00067
Order Granting Substitution of Counsel
Page 2

      **ANDREW C. SIMPSON**, **ESQ.**, **Andrew C. Simpson, P.C.**, is hereby substituted in his place and stead.

3. The parties and the Clerk of Court shall furnish all further notices, orders, correspondence, pleadings, discovery, and all other documents pertaining to this case and these parties to **ANDREW C. SIMPSON, ESQ.**, **Andrew C. Simpson, P.C.**, 2191 Church Street, Ste. 5, Christiansted, VI 00820.

              ENTER:

Dated: July 30, 2019        /s/ George W. Cannon, Jr.
                     GEORGE W. CANNON, JR.
                     MAGISTRATE JUDGE