# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| IN RE: | ) ) ) | |
| REASSIGNMENT OF PENDING CIVIL AND CRIMINAL CASES TO MAGISTRATE JUDGE EMILE A. HENDERSON III | ) ) ) ) | Misc. No. 2022-8 |

## ORDER

Effective May 2, 2022, the Honorable Emile A. Henderson III assumed the duties and responsibilities as Magistrate Judge for the District Court of the Virgin Islands, sitting in the Division of St. Croix. Accordingly, it is hereby

**ORDERED** that the Clerk of Court shall promptly reassign all pending cases previously assigned to the Honorable George W. Cannon, Jr. to the Honorable Emile A. Henderson III.

**SO ORDERED.**

DATE: May 2, 2022

_____
Robert A. Molloy, Chief Judge
District Court of the Virgin Islands