**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **UNITED STATES F/U/B/O QUALITY IRON FABRICATORS, INC.**<br><br>**PLAINTIFF,**<br><br>**VS.**<br><br>**UMI ERETZ, INC., AND TRAVELERS CASUALTY AND SURETY COMPANY,**<br><br>**DEFENDANTS.** | **CASE NO. 1:13-CV-00067** |

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

Travelers Casualty and Surety Company moves to continue the status conference in this matter that was scheduled by Order entered this morning (ECF 122) for November 20, 2026 at 10:00 a.m. as undersigned counsel is scheduled to appear at the same time before the Hon. Robert A. Molloy for oral arguments in

*USA, et al. v. HOVENSA LLC, et al.*, 1:11-cv-00006 and

*USA v. Limetree Bay Refining, LLC et al.*, 1:21-cv-00264.

Counsel has conferred with counsel for the plaintiff who consents to a continuance. The parties have the following dates mutually available:

Dec. 1 or 2
December 3 after 2 p.m.
December 4
December 12–16

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Travelers Casualty and Surety Company

Dated: November 4, 2026

By: Andrew C. Simpson
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com