**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **UNITED STATES F/U/B/O QUALITY IRON FABRICATORS, INC.**<br><br>**PLAINTIFF,**<br><br>**VS.**<br><br>**UMI ERETZ, INC., AND TRAVELERS CASUALTY AND SURETY COMPANY,**<br><br>**DEFENDANTS.** | **CASE NO. 1:13-CV-00067** |

**[PROPOSED] ORDER ON CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

This matter is before the Court on Travelers Casualty and Surety Company's motion to continue the status conference in this matter that is scheduled for November 20, 2026 at 10:00 a.m. AST. The premises considered, the motion is granted and it is **ORDERED** that the the status conference presently set for November 20, 2026 is continued to December ___, 2026 at ____ __.m. AST.

______________________________
Emile A. Henderson III
U.S. Magistrate Judge