**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

**UNITED STATES F/U/B/O QUALITY IRON FABRICATORS, INC.**

**PLAINTIFF,**

**VS.**

**UMI ERETZ, INC., AND TRAVELERS CASUALTY AND SURETY COMPANY,**

**DEFENDANTS.**

**CASE NO. 1:13-CV-00067**

## NOTICE OF APPEARANCE

Please enter the appearance of Andrew C. Simpson on behalf of Travelers Casualty and Surety Company.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Travelers Casualty and Surety Company

Dated: November 4, 2026

/s/ Andrew C. Simpson

By: Andrew C. Simpson
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com