**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

UNITED STATES f/u/b/o QUALITY IRON FABRICATORS, INC.

Plaintiff,

v.

UMI ERETZ, INC., and TRAVELERS CASUALTY AND SURETY COMPANY,

Defendants.

Docket No.: 1:13-cv-00067

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Gaylin Vogel, Esq. of the law offices of BARNES, D'AMOUR & VOGEL, hereby enters her appearance as attorney of record on behalf of Plaintiff United States f/u/b Quality Iron Fabricators, Inc. It is requested that copies of all papers filed with the Court and all notices and orders be served to Attorney Vogel to the email address set forth below.

Respectfully submitted,

BARNES, D'AMOUR & VOGEL

Dated: November 24, 2026

/s/Gaylin Vogel
Gaylin Vogel, Esq.
V.I. Bar #1077
P.O. Box 224589
St. Croix, VI 00820
Tel: (340) 773-2785
Fax: (340) 774-8189
gvogel@usvilawfirm.com
*Attorney for Plaintiff]*